Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PUGET SOUND ELECTRICAL WORKERS HEALTHCARE TRUST; PUGET SOUND ELECTRICAL WORKERS PENSION TRUST; PUGET SOUND ELECTRICAL WORKERS 401(k) SAVINGS PLAN TRUST; and PUGET SOUND ELECTRICAL JOINT APPRENTICESHIP AND TRAINING TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>TAPPS ELECTRIC LLC, a Washington limited liability company,<br><br>Defendant. | Case No. 2:23-cv-00707-JCC<br><br>(~~PROPOSED~~) ORDER ON THE TRUST FUNDS' MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on the Plaintiffs’ motion for entry of a default judgment (**Dkt 15**), requesting entry of an order in equity to direct Defendant to produce documents to the Plaintiffs’ auditor. The Court has reviewed the motion and supporting papers, as well as the pleadings, files, and court records in this matter. Being otherwise fully advised, the Court makes the following FINDINGS:



TURNER, STOEVE & GAGLIARDI, P.S.
7525 SE 24th Street, Suite 660
Mercer Island, WA 98040
(509) 326-1552

1. The Court finds that Defendant is obligated under applicable law to fully cooperate with the Plaintiffs' payroll examination/audit of Defendant's payroll and related business records;

2. The Court also finds that Defendant has failed to fully cooperate with the Plaintiffs' auditor and has failed to provide the auditor with a complete production of payroll and related business records.

3. The Court further finds that Defendant's failure to provide a complete production of payroll and related business records to the Plaintiffs' auditor has frustrated the auditor's ability to complete the audit.

Accordingly, based on the record before it and based on the factual findings made by the Court, the Court ORDERS:

4. The Plaintiffs' motion is GRANTED;

5. The Court previously found that Defendant Tapps Electric LLC was properly served with a summons and Complaint in this matter;

6. The Court previously found that Defendant Tapps Electric LLC had failed to appear, answer, or otherwise defend itself against the claims asserted in the Complaint, despite proper service of the summons and Complaint and entered an order of default;

7. Defendant Tapps Electric is ordered to produce the following records to the Plaintiffs' auditor or to Plaintiffs' counsel within thirty (30) days of entry of this judgment:

   a. Complete production of the "Master Pay File" payroll for April 2022 through September 2022;

   b. Scanned Timecards for all Electricians for the Week Ending 3/27/22 (Check Date 4/1/22);

   c. Complete hours and payroll information, including job number, for the following individuals during the Audit Period: Nicole Anderson, Josh Burrell, Eric Dodd, Tyler Marshall, and Jason Ninman;

   d. Quarterly Unemployment Insurance Reports for Washington during Q2 2022 and Q3 2022, including the Tax and Wage detail pages that document each employee's hours and wages reported to the State;

   e. Employee Roster that lists Job Titles and Home Locals for all employees of Tapps appearing on the Q2 2022 & Q3 2022 Quarterly Unemployment



TURNER, STOEVE & GAGLIARDI, P.S.
7525 SE 24th Street, Suite 660
Mercer Island, WA 98040
(509) 326-1552

Reports. The reports should include the last four digits of each employee's Social Security Number;

f. Job List that lists the address for all Job numbers contained within the scanned version of paper timecards provided to us. This will allow us to confirm whether the work was performed in the IBEW Local 46 jurisdiction or whether the work was performed elsewhere, e.g. IBEW Local 191 jurisdiction (Everett) or IBEW Local 76 jurisdiction (Tacoma); and

g. Customer List that contains both addresses and job numbers that would allow the auditor to tie addresses back to the Timecards.

8. The Court defers consideration of an award of attorney fees and costs at this time;

9. The Court retains jurisdiction in this matter should the Plaintiffs' auditor complete his report and the Plaintiffs seek to reopen the case to enforce any such audit delinquency; and

10. The Clerk of Court is directed to enter judgment accordingly and close the case.

Dated: August 11, 2026.

Honorable John C. Coughenour
United States District Judge



TURNER, STOEVE & GAGLIARDI, P.S.
7525 SE 24th Street, Suite 660
Mercer Island, WA 98040
(509) 326-1552